No. 69389.—Louis Marx & Co., Inc. v. United States, protest 60/2125 (San Francisco).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of miniature motors similar in all material respects to those the subject of Abstract 66961, the claim of the plaintiff was sustained.

No. 69390.—Polk's Model Craft Hobbies, Inc. v. United States, protests 61/13494(A), 62/7552, and 64/16793 (Los Angeles).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of miniature motors similar in all material respects to those the subject of Abstract 66961, the claim of the plaintiff was sustained.